AMINADAB SOTO
1530 E MONROE ST.
PHOENIX, ARIZONA 85034
6022571793



```
FILED        ____ LODGED
____ RECEIVED     COPY

   FEB 1 4 2017

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMINADAB SOTO,<br><br>       Plaintiff,<br><br>v.<br><br>DR EDDY DE LOS SANTOS ;<br>DR.BELMONTE ;<br>DR.TAMCREDY ;<br>A.S. LA FRONTERA EMPACT SUICIDE PREVENTION CENTER ;<br>GOOD SAMARITAN HOSPITAL;<br><br>       Defendant. | CASE NUMBER:<br><br>CV-17-00474-PHX-SPL<br><br>**COMPLAINT** |

**Jurisdiction**

This court has jurisdiction over this matter pursuant to I AM FILING THIS CASE BECAUSE I AM SEVERELY HURT EMOTIANILLY AND I AM TAKING MEDICINE AND FEEL NASTALGIA FOR OVER DOSAGE OF MEDICINE. HAVE LIVED POOR BECAUSE OF FALSE ACCUSATIONS THAT I AM DISABLED/SCZIOPHRENIC. I'VE ONLY LIVED WITH PARENTS SHARING A BED IN ONE ROOM AND ONLY RECEVING AROUND 489 DOLLARS IN THE BEGINNING OF sOCIAL SECURITY. §§ MALPRACTICE. The

plaintiff is a resident of PHOENIX, MARICOPA County, Arizona and a citizen of the United States. The defendant, EDDY DE LOS SANTOS, is a resident of PHOENIX, ARIZONA and a citizen of the United States. The defendant, DR.BELMONTE, is a resident of PHOENIX, ARIZONA and a citizen of the United States. The defendant, DR.TAMCREDY, is a resident of PHOENIX, ARIZONA and a citizen of the United States. The defendant, LA FRONTERA EMPACT SUICIDE PREVENTION CENTER, is a resident of PHOENIX, ARIZONA and a citizen of the United States. The defendant, GOOD SAMARITAN HOSPITAL, is a resident of PHOENIX, ARIZONA and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

## Demand

FILE A LAW SUIT FOR AS MUCH MONEY AS THEY CAN FROM THIS MALPRACTICE INCLUDING ME BEING IN DEBT WITH MANY COMPANIES SUCH AS ATT,VERIZON,PHOENIX COLLEGE AND MANY OTHERS WITH GURSTEL CHARGO.. **Damages: $10,000,000,000.** BECAUSE THEY COMPLETELY WASTED MY TIME SINCE THEN THAT I COULD HAVE BEEN WORKING OR GOING TO SCHOOL WHERE I COULD BE RECEIVING MY CHECKS OR USING MY BUSINESS MONEY I WOULD NOT HAVE BEEN LIVING POOR SINCE RECEVING SOCIAL SECURITY BY LIVING OFF 490 DOLLARS PER MONTH THAT IS ALL I RECEIVE FROM THEM AND I AM

NOT TRULY DISABLED AS THE DOCTORS WISH I WOULD BE .PLUS I NEED TO LOSE THE WEIGHT FROM MY SICK OBESITY.INCLUDING DAMEGES IN BUSINESS AND WORKING EXPERIENCE ALSO SCHOOL EXPIREMENTING THAT I COULD HAVE DONE THIS WHOLE TIME.I CAN ACKNOWLEDGE I FOLLOWED TREATMENT EACH TIME THEY CHECK. I CALL THIS A HASSLE AND OF COURSE THE DOCTOR EDDY DE LOS SANTOS HIMSELF SAID THEY WILL CHECK AGAIN AFTER PROVEN THAT I NEVER SMOKED CIGARETES..

Dated: Feb, 14 2014

Signature of Pro Se Plaintiff
AMINADAB SOTO
1530 E MONROE ST.
PHOENIX, ARIZONA 85034
6022571793