IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aminadab Soto,<br><br>　　　　Plaintiff,<br>vs.<br><br>Eddy De Los Santos, et al.,<br><br>　　　　Defendants. | No. CV-17-00474-PHX-SPL<br><br>**ORDER** |

On April 11, 2017, the Court dismissed Plaintiff's complaint with leave to file an amended complaint no later than May 8, 2017. (Doc. 4.) Plaintiff was advised that if he elected not to file an amended complaint this action would be dismissed. To date, Plaintiff has not filed an amended complaint. Accordingly,

**IT IS ORDERED** that this action is **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and **terminate** this action.

Dated this 11th day of May, 2017.

Honorable Steven P. Logan
United States District Judge